IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| STEVE SCIPIO and PATRICK PATTERSON, individually, and d/b/a CYMANDE MUSIC, a joint venture; and LEOSONG COPYRIGHT SERVICE, LTD. a United Kingdom limited stock company,<br><br>    Plaintiffs<br><br>v.<br><br>SONY MUSIC ENTERTAINMENT, INC., a Delaware corporation, et al.,<br><br>    Defendants. | Case No. 3-99-0128<br>Judge Trauger<br>Magistrate Judge Brown |

## AGREED ORDER OF DISMISSAL

As evidenced by the signatures of counsel for the parties to this Order, all matters in dispute between them have been compromised and settled. It is, accordingly, ORDERED that all of Plaintiffs' claims, which were raised or could have been raised against Defendants Sony BMG Music Entertainment (as successor to Sony Music Entertainment Inc.), Sony/ATV Tunes LLC, Lauryn Hill, individually and d/b/a Obverse Creation Music, Nel Jean, individually and d/b/a Tete San Ko Publishing, and Samuel Michel, individually and d/b/a Tete San Ko Publishing, Columbia Records, Ruffhouse Records, Inc., Columbia/Ruffhouse Records, Philip Kirkland, individually and p/k/a Diamond D, Diggin' in the Crates, Inc., and Refugee Camp Entertainment, Inc. shall be and hereby are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

It is so ORDERED.

ENTER this __29th__ day of _____March_____, 2007.

_____
JUDGE ALETA A. TRAUGER

SUBMITTED FOR APPROVAL:

s/ James E. Zwickel by Tim Warnock with permission
James E. Zwickel (BPR# 3845)
728 Bluewater Drive
Nashville, TN 37217
(615) 399-4508
(615) 361-1189 (facsimile)
cszwick@comcast.net

*Attorney for Plaintiffs*


s/ Tim Warnock
Jay S. Bowen (BPR# 2649)
Timothy L .Warnock (BPR #12844)
Chris L .Vlahos (BPR #20318)
Bowen Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 (facsimile)
jbowen@bowenriley.com
twarnock@bowenriley.com
cvlahos@bowenriley.com

*Attorneys for Defendants*